UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VICTORIA J. SNYDER,

        Plaintiff,

-vs-                                    Case No.  5:06-cv-6-Oc-10GRJ

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 21) recommending that the Defendant's Motion for Entry of Judgment with Remand (Doc. 20) be granted, and that this action be remanded to the Commissioner for further proceedings. The Defendant has conferred with opposing counsel who offers no objection to the remand.

Accordingly, upon due consideration and an independent review of the case file, the report and recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed and made a part hereof, and it is ordered that:

1. The Defendant's Motion for Entry of Judgment with Remand (Doc. 20) is GRANTED;

2. This action is REVERSED and REMANDED pursuant to sentence four of 42 USC § 405(g) to the Commissioner for the Administrative Law Judge to

>
> conduct further proceedings as outlined in the Report and Recommendation of the Magistrate Judge (Doc. 21); and
>
> 3. The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 26th day of October, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Hon. Gary R. Jones
Counsel of Record